# United States District Court

__northern__ DISTRICT OF __CALIFORNIA__

Plaintiff: United States of America

v.

Defendant: Elias Hernandez M.

APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

**RMW**

CASE NUMBER: CV. 9400 SL  37 LEd. 1218 **(PR)**

I, __Elias Hernandez M.__ declare that I am the (check appropriate box)

[X] petitioner/plaintiff/movant   [ ] other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   [X] Yes   [ ] No   (If "No" go to Part 2).

   If "Yes" state the place of your incarceration __Springfiel missuri__

   Are you employed at the institution? __no__   Do you receive any payment from the institution? __no__

   Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?   [ ] Yes   [X] No

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have your received any money from any of the following sources?

   | | Yes | No |
   |---|---|---|
   | a. Business, profession or other self-employment | [X] Yes | [ ] No |
   | b. Rent payments, interest or dividends | [ ] Yes | [X] No |
   | c. Pensions, annuities or life insurance payments | [ ] Yes | [X] No |
   | d. Disability or workers compensation payments | [ ] Yes | [X] No |
   | e. Gifts or inheritances | [ ] Yes | [X] No |
   | f. Any other sources | [ ] Yes | [X] No |

   If the answer to any of the above is "Yes" describe each source of money and state the amount received and

   __5. Dollars for month.__

4.  Do you have any cash or checking or savings accounts? ☐ Yes ☒ No

    If "Yes" state the total amount _____

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?  ☐ Yes  ☒ No

    If "Yes" describe the property and state its value.

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

_____8-04-08_____          _____Elias Hernondez M._____
DATE                               SIGNATURE OF APPLICANT

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

## CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ _____ on account to his/her credit at (name of institution) _____ I further certify that the applicant has the following securities to his/her credit _____ I further certify that during the past six months the applicant's average balance was $ _____

_____          _____
DATE                               SIGNATURE OF AUTHORIZED OFFICER

7. Loans for less than year where 10 per cent interest is the highest rate which can lawfully be charged, a stipution to pay Semy-annually, at the rate of 10 percent, does not constitute usury myer v muscatine 1 wall 384.

Editorial office
701 East water street Charlottesville,
Va 22902-7587 (800) 446-3410
www.lexisnexis.com.

Customer Service
800/833,4844
Publication Number 7602612.

17 L Ed 536

DEFAULT Entry by clerk
Entry by the Court
no time stated. Civ.
R 55(b)

Felix Hernandez M.
#72347-068
Medical Center for federal Prisioners
Springfield, Missouri 65801-4000
P.O Box 4000

2112 United States
Courthouse 280 South
First Street San Jose
CA 95113.3095