*E-FILED - 7/3/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ELIAS HERNANDEZ-MORALES, | ) | No. C 08-2385 RMW (PR) |
| Petitioner, | ) | ORDER OF DISMISSAL |
| vs. | ) | |
| MARTY ANDESON, | ) | (Docket No. 2) |
| Respondents. | ) | |

Petitioner, a federal prisoner proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner is currently incarcerated at a medical center for federal prisoners in Springfield, Mississippi. In the petition, he states that he is challenging a federal conviction and sentence obtained in Del Rio, Texas, for illegal re-entry after deportation. The instant petition is a copy of a petition filed by petitioner in a previous habeas action, Hernandez-Morales v. Andeson, No. C 08-2238 RMW (PR), which action has been dismissed for failure to state cognizable claim for relief. A complaint that merely repeats pending or previously litigated claims is frivolous and may be dismissed sua sponte. See Cato v. United States, 70 F.3d 1103, 1105 n.2 (9th Cir. 1995); Bailey v. Johnson, 846 F.2d 1019, 1021 (5th Cir. 1988); see also 28 U.S.C. §

1  2244(b)(3)(A) (providing that second or successive petition may not be filed in district
2  court unless petitioner first obtains from United States Court of Appeals order authorizing
3  such petition). As the instant petition is identical to petitioner's earlier-filed petition, the
4  instant action is hereby DISMISSED as duplicative.

    The application to proceed in forma pauperis is GRANTED.

    The clerk shall terminate docket number 2 and close the file.

    IT IS SO ORDERED.

Dated:  7/1/08                            *Ronald M. Whyte*
                                          RONALD M. WHYTE
                                          United States District Judge