*E-FILED - 7/3/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ELIAS HERNANDEZ-MORALES, | ) | No. C 08-2385 RMW (PR) |
| Petitioner, | ) | |
| vs. | ) | JUDGMENT |
| ANDESON, | ) | |
| Respondents. | ) | |

    The court has dismissed the instant petition for a writ of habeas corpus. A judgment of dismissal is entered. The clerk shall close the file.

    IT IS SO ORDERED.

Dated: 7/1/08

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
P:\pro-se\sj.rmw\hc.08\Hernandez385jud     1